# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                                 Case No.: 8:14-MJ-1534-T-AEP

**SHARRON LAVERNE PARRISH, JR.**
_____ /

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, SHARRON LAVERNE PARRISH, Jr., in the above-styled cause.

The Clerk is requested to enter the appearance of Adam B. Allen, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of Mary A. Mills, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 21st day of July, 2014.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Adam B. Allen*
Adam B. Allen
Assistant Federal Defender
Florida Bar No. 0998184
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email:   adam_allen@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July, 2014, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Amanda Reidel

*/s/ Adam B. Allen*
Adam B. Allen
Assistant Federal Defender