AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSHAL
2014 JUL -8 AM 11: 44
MIDDLE DIST. OF FLORIDA
TAMPA

| | |
|---|---|
| United States of America<br>v.<br>SHARRON LAVERNE PARRISH, JR.<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No. 8:14-MJ-<br>)  **8:14 MJ 1534 AEP**<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  SHARRON LAVERNE PARRISH, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  wire fraud, in violation of Title 18, United States Code, Section 1343.

Date: 7/8/14

_____
*Issuing officer's signature*

City and state:  Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/8/14 , and the person was arrested on *(date)* 7/17/2014
at *(city and state)* Tampa, FL .

Date: 7/17/2014

_____
*Arresting officer's signature*

Matt Wy___
*Printed name and title*

FILED 14 JUL 18 PM 3:23 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA